

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00712-CV

Sergio **ALANIS**, Sr. and Maria Guadalupe Alanis,
Appellants

v.

Ana Lisa **GARZA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause is REMANDED for further proceedings. Costs of appeal are assessed against appellee, Ana Lisa Garza.

SIGNED October 5, 2016.

_____
Jason Pulliam, Justice